United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-20033
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS ALBERTO CAMACHO-RAMOS,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-02-CR-349-1
---------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Luis Alberto Camacho-Ramos ("Camacho") appeals the sentence
he received following his guilty-plea conviction for illegally
reentering the United States after deportation subsequent to an
aggravated felony conviction, in violation of 8 U.S.C. § 1326.
He argues, for the first time on appeal, that the sentencing
provisions of 8 U.S.C. § 1326(b)(1) and (b)(2) are unconstitutional
in light of <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000).  He
concedes that this argument is foreclosed by <u>Almendarez-Torres</u>

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

v. United States, 523 U.S. 224 (1998), but he seeks to preserve the issue for Supreme Court review.

Apprendi did not overrule Almendarez-Torres.  See Apprendi, 530 U.S. at 489-90; United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000).  This court must follow the precedent set in Almendarez-Torres "unless and until the Supreme Court itself determines to overrule it."  Dabeit, 231 F.3d at 984 (internal quotation and citation omitted).

AFFIRMED.